IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARYANNE MCCAULEY, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| vs. | ) ) FILE No. 4:22-CV-01021 |
| KISKER CROSSING, L.L.C., | ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE**

Plaintiff, MARYANNE MCCAULEY ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, KISKER CROSSING, L.L.C., with Prejudice.

Respectfully submitted this 8th day of November, 2022.

                                                              Law Offices of
                                                              THE SCHAPIRO LAW GROUP, P.L.

                                                              /s/ Douglas S. Schapiro
                                                              Douglas S. Schapiro, Esq.
                                                              State Bar No. 54538FL
                                                              The Schapiro Law Group, P.L.
                                                              7301-A W. Palmetto Park Rd., #100A
                                                              Boca Raton, FL 33433
                                                              Tel: (561) 807-7388
                                                              Email: schapiro@schapirolawgroup.com

So Ordered
/s/ John A. Ross
11/8/2022

1

SCHAPIRO LAW GROUP, P.L.
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (561) 807-7198